IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01480-RPM

INTERNATIONAL FOUNDATION OF
EMPLOYEE BENEFIT PLANS, INC.,
a Wisconsin corporation,

    Plaintiff,

v.

SNOW-BEAR, INC. D/B/A
FEDERAL EMPLOYEE BENEFITS SPECIALIST, INC.,
a Colorado corporation,

    Defendant.

___

ORDER OF DISMISSAL

___

  Pursuant to the Stipulation of Dismissal (Doc. #7), filed on March 17, 2006, it is

  ORDERED that this action is dismissed in its entirety with prejudice, each party to bear its own attorneys' fees and costs.

  Dated: March 20, 2006

           BY THE COURT:

           s/Richard P. Matsch
           _____
           Richard P. Matsch, Senior District Judge